UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 31647

    MELVIN R BROOKS
    SUZANNE BROOKS                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-8062    SSN XXX-XX-7097

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/25/2004 and was confirmed 11/18/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  78.41% from remaining funds.

    The case was paid in full 08/17/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HRS | SECURED | 1100.00 | 39.72 | 1100.00 |
| HRS | SECURED | 2000.00 | 72.23 | 2000.00 |
| HRS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPARTMENT OF E | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPARTMENT OF E | PRIORITY | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED OTH | 589.83 | .00 | 462.39 |
| ECAST SETTLEMENT CORP | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| TITLE LOANS EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 13407.97 | .00 | 10513.06 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 13666.94 | .00 | 10716.11 |
| HEIGHTS AUTO WORKERS CU | UNSECURED | 6183.29 | .00 | 4848.26 |
| ECAST SETTLEMENT CORP | UNSECURED | 1182.97 | .00 | 927.55 |
| AMERICAN EXPRESS TRAVEL | FILED LATE | 1760.45 | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 1,896.68 |
| DEBTOR REFUND | REFUND | | | 9.81 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 34,785.81

PRIORITY                                        .00
SECURED                                    3,100.00
    INTEREST                                 111.95
UNSECURED                                 27,467.37
ADMINISTRATIVE                             2,200.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 31647 MELVIN R BROOKS & SUZANNE BROOKS

```
TRUSTEE COMPENSATION                                   1,896.68
DEBTOR REFUND                                              9.81
                        ---------------        ---------------
TOTALS                        34,785.81              34,785.81
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn

Dated: 11/29/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE